**Gabriel ALMANZA–ARENAS, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**Gabriel Almanza–Arenas, Petitioner,**

v.

**Loretta E. Lynch, Attorney General, Respondent.**

**Nos. 09–71415, 10–73715.**

United States Court of Appeals, Ninth Circuit.

Filed May 8, 2015.

Michael Joseph Codner, Murray David Hilts, Law Offices of Michael J. Codner, San Diego, CA, Mark Christopher Fleming, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, Jayashri Srikantiah, Mills Legal Clinic, Stanford, CA, Daniel L. Winik, Wilmerhale LLP, Washington, DC, for Petitioner.

Carol Federighi, Patrick James Glen, Esquire, Stefanie N. Hennes, Bryan Stuart Beier, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Office of the Chief Counsel Depart-

ment of Homeland Security, San Francisco, CA, for Respondent.

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.